UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X

BARRINGTON GRAY,

Plaintiffs,

-against-

NASSAU COUNTY JAIL, NASSAU COUNTY SHERIFF'S DEPARTMENT, NASSAU COUNTY SHERIFF DZURENDA, CORRECTIONS OFFICER RIPP, SGT. MCKINNEY #294, DONNA L. HENNING, Head Nurse, OFFICER N/A, OFFICER N/A, OFFICER N/A,

Defendants.

---------------------------------------------------------------------------X

20-CV-02585 (DG)(AYS)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE, that Mohammad A. Tahir, Esq., attorney for defendants CORRECTIONS OFFICER RIPP, and SGT. MCKINNEY [hereinafter collectively referred to as "County Defendants"] hereby appears for the County Defendants, and that a copy of all notices and other papers herein are to be served upon the undersigned.

Dated: Valley Stream, New York
September 23, 2026

SHEHARYAR ALI LAW GROUP, P.C.

*Mohammad A. Tahir*

Mohammad A. Tahir, Esq.
*Attorneys for County defendants*
877 N Corona Ave
Valley Stream, NY 11580
Tahir@salawpc.com
516-820-1020